UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:13-CV-30128-MAP

| | |
|---|---|
| ERICK DEJESUS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| CITY OF HOLYOKE, | ) |
| DETECTIVE WILLIAM DELGADO, | ) |
| Individually and in his official capacity as a | ) |
| Police Officer for the City of Holyoke, | ) |
| OFFICER LEAHY, Individually and in his | ) |
| Official capacity as a Police Officer for the | ) |
| City of Holyoke, COMMONWEALTH | ) |
| OF MASSACHUSETTS, TROOPER | ) |
| VALENTINI and other responding officers | ) |
| Individually and in his/their official capacity | ) |
| as a Trooper for the Commonwealth of | ) |
| Massachusetts, TOWN OF | ) |
| WEST SPRINGFIELD, | ) |
| | ) |
| Defendants | ) |

**DEFENDANT, TOWN OF WEST SPRINGFIELD'S
MOTION FOR JUDGMENT OF DISMISSAL**

Now come the defendant, Town of West Springfield (hereinafter the "Town") and hereby respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 54(b), to enter judgment of dismissal in its favor with respect to all claims brought against it by plaintiff in the above-captioned action. As grounds therefore and in support thereof, defendant states the following:

On October 1, 2013, defendant filed its motion to dismiss all claims asserted against it in the plaintiff's complaint. See Document Nos. 20-21. On October 15, 2013, plaintiff filed Plaintiff's Opposition to Defendant, Town of West Springfield's, Motion to Dismiss, Document No. 23.

575461

*[Handwritten annotation: ALLOWED, without opposition. The court finds no just reason for delay. So ordered. Michael A. Ponsor USDJ 3-21-14]*