## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICK DEJESUS, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:13-cv-30128- MAP |
| ) | |
| TOWN OF WEST SPRINGFIELD, ) | |
| Defendant ) | |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, granting the defendant's motion for judgment of dismissal.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: March 21, 2014

By /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal-7.wpd - 11/98)
[jgm.]